**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**



Dated: March 12 2010

Mary Ann Whipple
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 08-36654 |
| | ) | |
| Jennifer L. Romick, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| | ) | JUDGE MARY ANN WHIPPLE |

### ORDER STRIKING RESPONSE

This case is before the court on a Response to Trustee's Objection to Creditor's Claim # 4 filed on behalf of FIA Card Services by Karla Sutherland, "Authorized Agent for Creditor." [Doc. # 31]. The Chapter 7 Trustee has withdrawn his objection to claim # 4 after FIA Card Services amended the claim. Nevertheless, although it was entitled to file and to amend its claim without the assistance of an attorney, *see* ECF Admin. Proc. Manual § I(B)(2)(d), FIA Card Services is not permitted to appear in this court by filing a response to an objection to claim without obtaining representation by an attorney. Individuals who are parties to federal proceedings have the right to represent themselves personally without a lawyer. *See* 28 U.S.C. 1654. However, that right does not extend to permit the individual to represent entities in which they have an interest or for which they are an agent. *In re ICLNDS Notes Acquisition, LLC,* 259 B.R. 289, 293 (Bankr. N.D. Ohio 2001). Corporations and other entities may appear in the federal courts only through licensed counsel. *See id.* at 293-94 (finding that an LLC may appear in court only through an attorney and citing *Rowland v. California Men's Colony*, 506 U.S. 194, 201-202 (1993) (discussing the issue in the context of whether an organization of prison inmates was a "person" entitled to proceed in forma pauperis

under 28 U.S.C. § 1915)); *see also Doherty v. American Motors Corp.*, 728 F.2d 334, 340 (6th Cir.1984) ( "The rule of this circuit is that a corporation cannot appear in federal court except through an attorney"). The Response to the Trustee's Objection will, therefore, be stricken from the record.

    **THEREFORE**, good cause appearing,

    **IT IS ORDERED** that the Response to the Trustee's Objection [Doc. #31] shall be, and hereby is, treated as **STRICKEN** from the record.

2