IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:

JENNIFER L. ROMICK

\* CASE NO. 08-36654-W
\*
\* JUDGE MARY ANN WHIPPLE
\*
\* William L. Swope, Trustee
\* 221 South Main Street
\* Findlay, Ohio 45840
\* (419) 422-0288
\* Sup. Ct. #0029538

REPORT ON DIVIDENDS OF LESS THAT FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named debtor(s), do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Amount |
|---|---|
| Credit First National Association<br>Po Box 818011<br>Cleveland, OH 44181 | $ 3.69 |
| | $3.69 |

A check for $3.69 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

Date: June 16, 2010

*William L. Swope*
William L. Swope
Trustee